**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| CHANEL, INC.,<br>a New York corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIU ZHIXIAN<br>and DOES 1-10,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 10-cv-60585-JIC<br><br>**PLAINTIFF'S *EX PARTE*<br>APPLICATION FOR ORDER<br>AUTHORIZING ALTERNATE<br>SERVICE OF PROCESS ON<br>DEFENDANT PURSUANT TO<br>FEDERAL RULE OF CIVIL<br>PROCEDURE 4(f)(3)** |

Plaintiff Chanel, Inc., pursuant to 4(f)(3) of the Federal Rules of Civil Procedure hereby does apply, on an *ex parte* basis, for an order authorizing service of the Summons and Complaint upon Defendant Liu Zhixian d/b/a chanel2u.com, chanel4u.com, chanel-belts.com, chanelbikini.com, chanel-rings.com, chanel-sandals.com, chanel-scarf.com, chanelswimwear.com, chaneltalk.com, okchanel.com, and brandshoesbar.com (collectively the "Subject Domain Names"), via electronic mail ("e-mail").

This Application is made upon the ground that, despite reasonable diligence, Plaintiff has not been able to physically locate Defendant because Defendant is purposefully concealing his location.  Thus, Plaintiff has been unable to serve Defendant in any other manner allowed under the Federal Rules of Civil Procedure and/or the Florida Rules of Civil Procedure.

This Application is based upon the accompanying Memorandum of Points and Authorities, the Declarations of Stephen M. Gaffigan, Huang Yu Ting, and Jason Holmes, and exhibits thereto, filed concurrently herewith, and the complete files and records of this action, and such other matters as Plaintiff may call to the Court's attention at or before the time of the hearing.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this

Honorable Court grant its *ex parte* application for an order authorizing service of the Summons

and Complaint, including all subsequent pleadings and discovery, in this matter upon Defendant

Liu Zhixian by e-mail at the e-mail addresses nashliu@gmail.com, bravopurchase@gmail.com,

and customerservice@payingsupport.com, pursuant to Federal Rule of Civil Procedure 4(f)(3).


Dated:  April 21, 2010                              Respectfully submitted,

                                                    STEPHEN M. GAFFIGAN, P.A.

                                                    By: _____s:/smgaffigan/_____
                                                        Stephen M. Gaffigan (Fla. Bar No. 025844)
                                                        Virgilio Gigante (Fla. Bar No. 082635)
                                                        401 East Las Olas Blvd., #130-453
                                                        Ft. Lauderdale, Florida 33301
                                                        Telephone: (954) 767-4819
                                                        Facsimile: (954) 767-4821
                                                        E-mail: Stephen@smgpa.net
                                                        E-mail: Leo@smgpa.net

                                                        Attorneys for Plaintiff Chanel, Inc.