**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CHANEL, INC.,                                    )        CASE NO. 0:10-cv-60585-JIC
a New York corporation,                          )
                                                 )        **DECLARATION OF JASON**
                    Plaintiff,                   )        **HOLMES IN SUPPORT OF**
                                                 )        **PLAINTIFF'S *EX PARTE***
         v.                                      )        **APPLICATION FOR ORDER**
                                                 )        **AUTHORIZING ALTERNATE**
LIU ZHIXIAN                                      )        **SERVICE OF PROCESS ON**
and DOES 1-10,                                   )        **DEFENDANT PURSUANT TO**
                                                 )        **FEDERAL RULE OF CIVIL**
                    Defendants.                  )        **PROCEDURE 4(f)(3)**
                                                 )

         I, Jason Holmes, declare and state as follows:

         1.      I am over 18 years of age, and I have personal knowledge of the facts set forth

herein. I make this declaration in support of Plaintiff's *Ex Parte* Application for Order

Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil

Procedure 4(f)(3).

         2.      I am an officer of IPCybercrime.com, LLC, a licensed private investigative firm.

         3.      Chanel, Inc. ("Chanel") retained my firm to investigate the suspected sale of

counterfeit Chanel products by Defendant Liu Zhixian ("Zhixian") via the Internet websites

operating under the domain names chanel2u.com, chanel4u.com, chanel-belts.com,

chanelbikini.com, chanel-rings.com, chanel-sandals.com, chanel-scarf.com,

chanelswimwear.com, chaneltalk.com, okchanel.com, and brandshoesbar.com (collectively the

"Subject Domain Names").  Also, because the physical addresses provided by Defendant Zhixian

in the domain name registrations for the Subject Domain Names are either false, invalid, or

privacy protected, I was retained to confirm whether the electronic mail ("e-mail") addresses listed by Defendant Zhixian on the WHOIS records for the Subject Domain Names are reliable methods of contact for Defendant Zhixian.

DEFENDANT'S INTERNET WEBSITES

4.      I accessed one of the Internet websites operated by Defendant Zhixian, chaneltalk.com. Upon accessing the website, I was able to browse the online store for products bearing Chanel's trademarks, add products to the online shopping cart, proceed to a point of checkout, and otherwise actively exchange data with the website. I then placed an order for the purchase of a pair of Chanel branded "Empthy Wedge Silver Heel Slippers" from the chaneltalk.com website, for $59.99 including shipping, to be shipped to my address in Wilton Manors, Florida. My purchase was processed entirely online, which included providing shipping and billing information, payment, and confirmation of my order.  The payment information provided to me for my purchase of the Chanel branded shoes via chaneltalk.com listed the payee as "Everywhere Buxx CHINACRAFTWORKS PUTIAN CN."  True and correct copies of the chaneltalk.com web page listing showing the Chanel branded shoes I purchased together with true and correct redacted copies of the order summary web pages are attached hereto as Composite Exhibit "1."  Thereafter, the detailed web page listings of the Chanel branded "Empthy Wedge Silver Heel Slippers" I purchased from chaneltalk.com were sent to Chanel in New York for analysis, where the item I purchased was determined to be a non-genuine Chanel product.

5.      On April 19, 2010, I received an e-mail via customerservice@payingsupport.com notifying me that my order for the Chanel branded shoes I purchased from the chaneltalk.com website had been shipped, and providing the EMS online tracking number (EE355220551CN) for the shipment. Through forensic analysis of e-mail, I traced this e-mail communication to a computer terminal located in Beijing, China, with an IP address of 120.40.133.177.  Thereafter, I accessed the EMS website at http://www.ems.com.cn, and conducted an online tracking search using the tracking number I received.  The shipment tracking data traced the shipping origin of the package to be Tianjin, China.  A true and correct copy of the April 19, 2010 e-mail I received from customerservice@payingsupport.com together with a true and correct copy of the IP Tracking Report tracing the e-mail to a computer terminal located in Beijing, China, as well as a true and correct copy of the tracking page from the EMS website showing the package was shipped from Tianjin, China are attached hereto as Composite Exhibit "2."

6.      On April 21, 2010, I sent a pretextual e-mail to Defendant Zhixian via the e-mail address customerservice@payingsupport.com.  The e-mail did not bounce back nor was it returned as "undeliverable," thereby demonstrating the e-mail address is valid and operational. Under ordinary circumstances, when an e-mail is sent to an invalid address or cannot be received, the e-mail is bounced back to the issuer.  Moreover, I received a Return Receipt via ReadNotify.com for the e-mail I sent to Defendant Zhixian via customerservice@payingsupport.com confirming the e-mail was received on April 21, 2010 at 21:52:56 GMT, thereby conclusively demonstrating the e-mail was delivered to the recipient and verifying the reliability of the e-mail address. A true and correct copy of the April 21, 2010 e-mail I sent to Defendant Zhixian via customerservice@payingsupport.com and the Return Receipt is attached hereto as Exhibit "3."

DEFENDANT'S DOMAIN NAME REGISTRATIONS

7.      I conducted WHOIS searches regarding the Subject Domain Names in order to identify the contact data Defendant Zhixian provided to his Registrars. (See WHOIS data registration records regarding the Subject Domain Names attached as Composite Exhibit "2" to the Declaration of Stephen M. Gaffigan in Support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("*Ex Parte* Application for TRO").)

8.      On April 16, 2010, I sent a pretextual e-mail to Defendant Zhixian via the e-mail address nashliu@gmail.com, the contact e-mail address provided in the contact section of the WHOIS data record for the domain name chanel-belts.com, as well as the contact e-mail address identified for the domain names chanel4u.com, chanel-belts.com, chanel-rings.com, chanel-sandals.com, chanel-scarf.com, chaneltalk.com, and okchanel.com. (See Declaration of Stephen M. Gaffigan in Support of *Ex Parte* Application for TRO ¶¶ 3-4 and Composite Exhibits "2"-"3" attached thereto.) The e-mail did not bounce back nor was it returned as "undeliverable," thereby demonstrating the e-mail address is valid and operational. Moreover, I received a Return Receipt via ReadNotify.com for the e-mail I sent to Defendant Zhixian via nashliu@gmail.com confirming the e-mail was received on April 16, 2010 at 22:24:01 GMT, thereby conclusively demonstrating the e-mail was delivered to the recipient and verifying the reliability of the e-mail address. A true and correct copy of the April 16, 2010 e-mail I sent to Defendant Zhixian via nashliu@gmail.com and the Return Receipt is attached hereto as Exhibit "4."

9.      On April 16, 2010, I also sent a pretextual e-mail to Defendant Zhixian via the e-mail address bravopurchase@gmail.com, the contact e-mail address provided in the contact

section of the WHOIS data record for the domain name chanel2u.com.[1] (See Declaration of Stephen M. Gaffigan in Support of *Ex Parte* Application for TRO ¶ 3 and Composite Exhibit "2" attached thereto.) The e-mail did not bounce back nor was it returned as "undeliverable," thereby demonstrating the e-mail address is valid and operational. Moreover, I received a Return Receipt via ReadNotify.com for the e-mail I sent to Defendant Zhixian via bravopurchase@gmail.com confirming the e-mail was received on April 16, 2010 at 22:24:52 GMT, thereby conclusively demonstrating the e-mail was delivered to the recipient and verifying the reliability of the e-mail address. A true and correct copy of the April 16, 2010 e-mail I sent to Defendant Zhixian via bravopurchase@gmail.com and the Return Receipt are attached hereto as Exhibit "5."

ALTERNATIVE PHYSICAL ADDRESS INVESTIGATION

10.     I have conducted an investigation into the contact data provided by Defendant Zhixian and my research included all available public records namely the white pages, local and national business directories and the maps available for his provided addresses.  I have determined that the physical addresses provided are not valid for Defendant Zhixian. Furthermore, I have not been able to locate a valid address for an individual by Defendant Zhixian's name that I can reasonably believe is the operator of the Internet websites at issue. However, based upon my investigation, I can attest that if process is served upon Defendant Zhixian by e-mail to the e-mail addresses nashliu@gmail.com, bravopurchase@gmail.com, and customerservice@payingsupport.com, the Defendant responsible for operating the subject websites will receive actual notice of this action.

---

[1] I also sent pretextual e-mails to the Defendant via the e-mail addresses okchanel@gmail.com, ivans@gmail.com, root@chaneltalk.com, root@chanel-sandals.com, the e-mail addresses provided in the contact sections of the WHOIS data records for the domain names okchanel.com, chanel4u.com, chaneltalk.com, and chanel-sandals.com, respectively.  However, the e-mails were returned to me as undeliverable and thus, are non-operational or invalid e-mail addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 21 day of April, 2010, at Plano, Texas.

FURTHER DECLARANT SAYETH NAUGHT.

JASON HOLMES

Composite Exhibit 1



Welcome to buy Chanel Shoes.

**Chanel Slippers**

Every people appreciates being treated according to their own personal tastes. Brands indicate the positive characteristics of the product, and it reflects the taste and style of the user. From the first millinery shop opened in 1912, Gabrielle â€œCocoâ€  Chanel rose to become one of the premier fashion designers in Paris, France. Comfort and casual elegance are the amin of Chanel, and her fashion themes included simple suits and dresses, womenâ€™s trousers, costume jewelry, perfume and textiles. The Chanel Shoes logo is an overlapping double â€œCâ€  -- one facing forward and the other facing backward. This comes from the name Coco Chanel. â€œCocoâ€  is the nickname frequently used by Chanel founder, Gabrielle Chanel.

Here is the series of Chanel Slippers. There are different styles and colors for you to choose. Flat, wedge heel or high heel, leather or coarse cloth, bright or traditinal, youthful or middle-aged, the choice is just in their disposition. Summer is here. It's getting hot. A pair of perfect slipper is for you here, so come on , jump to it! Chanel Slippers Shoe is waiting for you!

Displaying **1** to **10** (of **23** products)

1  2  3  [Next >>]

| Product Image | Item Name- | Price |
|---|---|---|
| | **Chanel Black CC Logo Leather Slippers**<br>It is as well as Chanel White CC Leather Slippers. It is made up of senior crepe upper. It has leather lining and leather heel, feeling smooth and... | $56.99<br>... more info |
| | **Chanel Black Flat Slippers**<br>This shoe is the same as Chanel Flat White Slippers. But it is bound with white. Our unique quilted leather material makes them comfortable and... | $56.99<br>... more info |
| | **Chanel Black Flat Upper Slippers**<br>Each pair comes in our stylish design. Your satisfaction is our number one priority. Try a pair and we are certain you'll find reasons to buy more.... | $55.99<br>... more info |
| | **Chanel Black Printed Slippers**<br>Black printing of the shoe will be your pretty tropical delight this summer,showing its formal style. It is loved by middle-aged women.... | $56.99<br>... more info |
| | **Chanel Black Quilted Leather** | $56.99 |



### Slippers

The shoe features its black color. The whole shoe is black except the white CC logo on the upper. Quilted leather upper in a slide slipper style with...

... more info

### Chanel Black Toe Style Slippers

$58.99

Well known for their fierce shoes and accessorie. With its toe style and quilted leather and signature detailing, these slipper epitomize classic...

... more info

### Chanel Black Wedge Heel Slippers

$60.99

Who said that house slippers can't be stylish? Chanel Black Slippers proves them wrong with the Wedge Heel Slippers. Black patent leather with light...

... more info

### Chanel CC Gold Slippers

$57.99

This shoe is the same as Chanel CC Silver Slippers. But it is bound with gold. It has a roomy, closed toe and comfort cushioning, fabric topped...

... more info

### Chanel CC Silver Slippers

$59.99

This style is has a strong resemblance to Chanel Black Printing Slippers. They are the same except the upper image. The logo of this shoe is at the...

... more info

### Chanel Clear High Heel Slippers

$58.99

The special upper makes this pair become a modern one. The clear high heel let out your inner starlet with these gorgeous patent leather slippers by...

... more info

Displaying **1** to **10** (of **23** products)

1  2  3  [Next >>]

## New Products For April - Chanel Slippers



Chanel White Flat Slippers
$58.99



Chanel Black Flat Slippers
$56.99



Chanel Black Flat Upper Slippers
$55.99

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 10 of 31



Chanel White Flat Upper Slippers
$60.99

Chanel Empthy Wedge Gold Heel Slippers
$58.99

Chanel Empthy Wedge Silver Heel Slippers
$59.99

Chanel White Quilted Leather Slippers
$58.99

Chanel Black Quilted Leather Slippers
$56.99

Chanel Mental Logo Tag Slippers
$59.99

Copyright © 2009 Chanel Shoes - Nike Dunks

RSS



Welcome to buy Chanel Shoes.

Chanel Slippers

Chanel Slippers (14/23)    Previous    Return to the Product List    Next



larger image

### Chanel Empthy Wedge Silver Heel Slippers

**$59.99**

The empty silver heel of this shoe is its distinguishing feature. The printing style has a traditional flavor. The diamond on the heel make it much more modern. The Wedge Sandal provides your feet with a high soft cushioned heel and cushioned ball of foot, while stabilizing your feet with a smooth leather strap.

- Model: Chanel Slippers 10
- 22 Units in Stock
- Manufactured by: Chanel



Add to Cart: 1

Add to Cart

**Please Choose:**

Size    Please Choose Your Size!

Chanel Empthy Wedge Silver Heel Slippers was added to Chanel Slippers on Friday 10 July, 2009

Copyright © 2009 Chanel Shoes - Nike Dunks

RSS

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 12 of 31



Chanel Empthy Wedge Silver Heel Slippers

CLOSE ✕

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 13 of 31



Welcome to buy Chanel Shoes.

**Your Shopping Cart Contents**                                        [help (?)]

| Qty. | | Item Name | Unit | Total | |
|------|---|-----------|------|-------|---|
| 1 |  | Chanel Empthy Wedge Silver Heel Slippers | $59.99 | $59.99 | |
| | | • Size - (US):7/(UK):5/(EU):38/cm24 | | | |
| | | | | **Sub-Total: $59.99** | |

Copyright © 2009 Chanel Shoes - Nike Dunks

RSS

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 14 of 31



Welcome to buy Chanel Shoes.

**Welcome, Please Sign In**

**Note:** Your "Visitors Cart" contents will be merged with your "Members Cart" contents once you have logged on. [More Info]

**Returning Customers: Please Log In**

Email Address:

Password:

**New? Please Provide Your Billing Information**

Create a login profile with **chaneltalk** which allows you to shop faster, track the status of your current orders and review your previous orders.

* Required information

**Address Details**

◯ Mr.  ◉ Ms.  *

First Name:

Last Name:

Street Address:

Address Line 2:

City:             Wilton Manors        *

State/Province:   FL                   *

Post/Zip Code:

Country:          United States        *

**Additional Contact Details**

Telephone:

**Login Details**

Email Address:

Password:

Confirm Password:

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 15 of 31



Welcome to buy **Chanel Shoes**.

**Step 1 of 3 - Delivery Information**

## Shipping Information:

Your order will be shipped to the address at the left or you may change the shipping address by clicking the *Change Address* button.

Wilton Manors, FL
United States

## Shipping Method:

This is currently the only shipping method available to use on this order.

┌─ **Free Shipping Options** ─────────────────────────────┐

◉  Free Shipping                                                    $0.00

└──────────────────────────────────────────────────────┘

┌─ **Special Instructions or Comments About Your Order** ──────┐

│                                                                           │

└──────────────────────────────────────────────────────┘

Copyright © 2009 Chanel Shoes - Nike Dunks

**RSS**

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 16 of 31



Welcome to buy Chanel Shoes.

**Step 2 of 3 - Payment Information**

## Billing Address:

Wilton Manors, FL
United States

**Your billing address is shown to the left. The billing address should match the address on your credit card statement. You can change the billing address by clicking the *Change Address* button.**

### Your Total

| | |
|---|---|
| Sub-Total: | $59.99 |
| Free Shipping Options (Free Shipping): | $0.00 |
| Total: | $59.99 |

### Discount Coupon

Please type your coupon code into the box next to Redemption Code. Your coupon will be applied to the total and reflected in your cart after you click continue.

Please note: you may only use one coupon per order.

Redemption Code

### Payment Method

**Please select a payment method for this order.**



Credit Card

### Special Instructions or Order Comments

Copyright © 2009 Chanel Shoes - Nike Dunks

RSS

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 17 of 31



Welcome to buy **Chanel Shoes.**

**Step 3 of 3 - Order Confirmation**

## Billing/Payment Information

Wilton Manors, FL
United States

**Payment Method:**
IPS Online Payment

## Delivery/Shipping Information

Wilton Manors, FL
United States

**Shipping Method:**
Free Shipping Options (Free Shipping)

## Special Instructions or Order Comments

None

## Shopping Cart Contents

| Qty. | Item Name | Total |
| --- | --- | --- |
| 1 x | Chanel Empthy Wedge Silver Heel Slippers | $59.99 |
| | › Size: (US):7/(UK):5/(EU):38/cm24 | |

| | | |
| --- | --- | --- |
| | Sub-Total: | $59.99 |
| | Free Shipping Options (Free Shipping): | $0.00 |
| | Total: | $59.99 |

Copyright © 2009 Chanel Shoes - Nike Dunks

RSS

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 18 of 31



Grand Total: **$59.99** , Order Number: chaneltalk-21

Select card kind

VISA          MasterCard          JCB

Please fill in Credit Card Information

First Name* :
Last Name* :
Card Number* :
Expiry Date* :
CVV Code* :

Enter Your Credit Card Billing Address

Street* :
City/Town* : Wilton Manors          card statement is mailed to. If this address not match,your
State/Province* : Florida          order will be delayed while we attempt to contact you.
Postcode/Zip* :
Country* : United States of America (USA)
Telephone* :          Telephone ?
E-mail* :

Card Issuing bank* :
Country of card Issuing          * In order to secure your infomation, plese fill in the two blanks.
Bank* :

Submit

VERIFIED by VISA          MasterCard SecureCode          JCB J/Secure

Copyright © 1999 - 2009 IPS. All Rights Reserved

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 19 of 31



**Attention: Please do not close this page before the merchant's website recieved the payment result.**

Loading merchant's website, please waitting... .

||||||||||||||||||||||||||||||||||||||
40%

**Charged successfully , Thank you for paying by IPS !**

| Order number | Transaction date | Transaction Results | IPS serial number |
| --- | --- | --- | --- |
| chaneltalk-21 | 4/16/2010 | SUCCESS | NT2010041630234772 |

IPS. All Rights Reserved www.ips.com.cn

Case 0:10-cv-60585-JIC   Document 10-3   Entered on FLSD Docket 04/22/2010   Page 20 of 31



Welcome to buy Chanel Shoes.

**Thank You! We Appreciate your Business!**
**Your Order Number is:** 46
Thank you for shopping. Please click the Log Off link to ensure that your receipt and purchase information is not visible to the next person using this computer.

**Please notify me of updates to these products**
- ☑ Chanel Empthy Wedge Silver Heel Slippers

You can view your order history by going to the My Account page and by clicking on "View All Orders". Please direct any questions you have to customer service.

### Thanks for shopping with us online!

Copyright © 2009 Chanel Shoes - Nike Dunks

**RSS**

## Transaction Details

Your transactions for the last 30 days appear below. To view additional transactions, use the calendar to select the start date.

(Transactions appear in 30-day increments.)

(Reversed transactions will appear with a line through them and will not be displayed on your statement. Reversed transactions will only be displayed within Transaction Details to show all card activity.)

| April | 16 | 2010 | View |

| Transaction Date | Post Date | Type | Description | Amount |
|---|---|---|---|---|
| 4/16/2010 | | Purchase | Everywhere Buxx CHINACRAFTWORKS PUTIAN CN (#010701609123) | - $62.08 |

Composite Exhibit 2

**From:** "customerservice" <customerservice@payingsupport.com>
**To:**
**Sent:** Monday, April 19, 2010 11:01 PM
**Subject:** Re: Message from chaneltalk

hello,
sorry for the delayed reply. Your order has been shipped out.
this is your tracking number ee355220551cn
you can track it on this website: http://www.ems.com.cn/english-main.jsp   and
http://www.usps.com/


Best regards,
Lene

## Search Results

Label/Receipt Number: EE35 5220 551C N
Class: Express Mail International®
Status: Foreign International Dispatch

Track & Confirm

Enter Label/Receipt Num

Your item left TIANJIN EMS, CHINA PEOPLES REP on
April 19, 2010. Information, if available, is updated
periodically throughout the day. Please check again later.

Detailed Results:
* Foreign International Dispatch, April 19, 2010, 7:30 pm, TIANJIN EMS, CHINA PEOPLE$
* Origin Post is Preparing Shipment
* Foreign Acceptance, April 19, 2010, 5:44 pm


2010/4/17
From:
Email:

----------------------------------------------------

when will order # 46 be processed and shipped?

----------------------------------------------------

Office Use Only:
From:
Email:
Login Name:
Login Email:
IP Address:
Host Address:   OFFICE_IP_TO_HOST_ADDRESS
Date and Time:  Sat Apr 17 2010 0:27:11 CST


4/20/2010





**ee355220551cn**

**Your item was received by sorting center(TIANJIN) at 2010-04-19 20:41:54**

| Timing | Site | Status |
|---|---|---|
| 2010-04-19 17:44:00 | TIANJIN | Posting |
| 2010-04-19 19:29:00 | TIANJIN | Despatch from Sorting Center |
| 2010-04-19 19:30:21 | TIANJIN | Despatch from Sorting Center |
| 2010-04-19 20:41:54 | TIANJIN | Arrival at Sorting Center |

continue track: _____ Verification Code _____ 8 1 4 5   Track

© China Courier Service Corporation    All Rights Reserved.

Exhibit 3



**shop aholic <shopaholic232@gmail.com>**

## website order

2 messages

**shopaholic232 <shopaholic232@gmail.com>**      **Wed, Apr 21, 2010 at 4:52 PM**
Reply-To: shopaholic232 <shopaholic232@gmail.com>
To: customerservice@payingsupport.com.readnotify.com

What is happening with my order? Do you have a tracking number?

**postmaster@readnotify.com <postmaster@readnotify.com>**      **Wed, Apr 21, 2010 at 4:53 PM**
To: shopaholic232@gmail.com

The original message was received at Wed, 21 Apr 2010 21:52:56 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<customerservice@payingsupport.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<customerservice@payingsupport.com>... relayed; expect no further notifications

Final-Recipient: rfc822; customerservice@payingsupport.com
X-Actual-Recipient: RFC822; customerservice@payingsupport.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; aspmx.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 31si15143pzk.60
Last-Attempt-Date: Wed, 21 Apr 2010 21:52:58 GMT

**noname**
3K

Exhibit 4



shop aholic <shopaholic232@gmail.com>

## website order 6439

2 messages

**shopaholic232 <shopaholic232@gmail.com>**                                                          Fri, Apr 16, 2010 at 5:23 PM
Reply-To: shopaholic232 <shopaholic232@gmail.com>
To: nashliu@gmail.com.readnotify.com

What is happening with my order? Do you have a tracking number?

---

**postmaster@readnotify.com <postmaster@readnotify.com>**                                   Fri, Apr 16, 2010 at 5:24 PM
To: shopaholic232@gmail.com

The original message was received at Fri, 16 Apr 2010 22:24:01 GMT
from localhost.localdomain [127.0.0.1]

----- The following addresses had successful delivery notifications -----
<nashliu@gmail.com>  (relayed to non-DSN-aware mailer)

----- Transcript of session follows -----
<nashliu@gmail.com>... relayed; expect no further notifications

Final-Recipient: rfc822; nashliu@gmail.com
X-Actual-Recipient: RFC822; nashliu@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK 7si4084817iwn.3
Last-Attempt-Date: Fri, 16 Apr 2010 22:24:03 GMT

**noname**
3K

# Exhibit 5



shop aholic <shopaholic232@gmail.com>

## website order 6439
2 messages

**shopaholic232 <shopaholic232@gmail.com>**                                    Fri, Apr 16, 2010 at 5:24 PM
Reply-To: shopaholic232 <shopaholic232@gmail.com>
To: bravopurchase@gmail.com.readnotify.com

  What is happening with my order? Do you have a tracking number?

**postmaster@readnotify.com <postmaster@readnotify.com>**                      Fri, Apr 16, 2010 at 5:25 PM
To: shopaholic232@gmail.com

  The original message was received at Fri, 16 Apr 2010 22:24:52 GMT
  from localhost.localdomain [127.0.0.1]

    ----- The following addresses had successful delivery notifications -----
  <bravopurchase@gmail.com>  (relayed to non-DSN-aware mailer)

    ----- Transcript of session follows -----
  <bravopurchase@gmail.com>... relayed; expect no further notifications

  Final-Recipient: rfc822; bravopurchase@gmail.com
  X-Actual-Recipient: RFC822; bravopurchase@gmail.com
  Action: relayed (to non-DSN-aware mailer)
  Status: 2.1.5
  Remote-MTA: DNS; gmail-smtp-in.l.google.com
  Diagnostic-Code: SMTP; 250 2.1.5 OK 29si7836139iwn.68
  Last-Attempt-Date: Fri, 16 Apr 2010 22:24:55 GMT

  📄 **noname**
     3K