**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| CHANEL, INC.,<br>a New York corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>LIU ZHIXIAN<br>and DOES 1-10,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 0:10-cv-60585-JIC<br><br>**DECLARATION OF HUANG YU TING IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)** |

I, Huang Yu Ting, declare and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Application for Order Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3).

2. I am a lifelong resident of Guangzhou, Guangdong, China and am extremely familiar with the methods for locating proper addresses in The Peoples Republic of China. I have conducted investigative work in China for over five years. I am fluent in Mandarin, Cantonese, and English.

3. Plaintiff's counsel requested that I confirm physical addresses and contact information in China for service of process on the Defendant, Liu Zhixian ("Zhixian"). Also, because the physical addresses provided by Defendant Zhixian in the domain name registrations for chanel2u.com, chanel4u.com, chanel-belts.com, chanelbikini.com, chanel-rings.com, chanel-sandals.com, chanel-scarf.com, chanelswimwear.com, chaneltalk.com, okchanel.com, and brandshoesbar.com (collectively the "Subject Domain Names") are false, invalid,  or privacy protected, Plaintiff's counsel requested that I attempt to locate any alternative physical address at

which Defendant Zhixian could be served.  As detailed below, I have been unable to identify a valid physical address for service of process on Defendant Zhixian.

4.    I analyzed the physical address provided by Defendant Zhixian on the contact section of the WHOIS record for the domain name chanel2u.com, "no.8 facai road, beijing, beijing 100000 China," and determined this address is false, because Facai Road does not exist in Beijing City.

5.    I also attempted to contact Defendant Zhixian via telephone at 86.15986524158, the contact telephone number Defendant Zhixian listed on the WHOIS registration for the website operating under the domain name chanel2u.com, and determined this telephone number is not valid. Upon placing my telephone call to the telephone number, a voice recording informed me that the telephone number has not been issued for anyone's use.

6.    I analyzed the physical address provided by Defendant Zhixian on the contact section of the WHOIS record for the domain name chanel4u.com, "Guangzhou shi, guangzhou, 560000 China," and determined this address is not valid. This address indicates Defendant Zhixian is located in the Guangzhou Shi city, in Guangdong Province, but does not provide any further information needed for specifically locating Defendant Zhixian, such as a room number, building name, and street name. Moreover, the postal code identified is not a valid postal code for Guangzhou.

7.    I also attempted to contact Defendant Zhixian via telephone at +86.13415133422, the contact telephone number Defendant Zhixian listed on the WHOIS registration for the website operating under the domain name chanel4u.com. Although the phone number is valid, upon placing my call, a voice recording informed me that the subscriber of this number had suspended its service.

2

8.      I analyzed the physical address provided by Defendant Zhixian on the contact section of the WHOIS record for the domain name chanel-belts.com, "putian meiyuan, putian, Fujian, 351100 CN," and determined this address is not valid because it lacks the necessary information needed for locating Defendant Zhixian. A valid address in China must include a room number, building name or apartment name, street name or number, city, postal code, and the name of the country. This address indicates Defendant Zhixian is located on Putian Meiyuan Road, in Putian City, Fujian Province, but provides neither a room number nor building name to specifically locate Defendant Zhixian.

9.      I also attempted to contact Defendant Zhixian via telephone at +1.15080185353, the contact telephone number Defendant Zhixian listed on the WHOIS registration for the website operating under the domain name chanel-belts.com. Although the telephone number is valid, I called this telephone number several more times throughout the day, but my calls remained unanswered.

10.      I analyzed the physical address provided by Defendant Zhixian on the contact section of the WHOIS record for the domain name chanel-sandals.com, "#74 Yanxi kai fa qu Huairou, Beijing, Beijing 101416 China," and determined this address is not valid. Specifically, "Yanxi kai fa qu" is a large industrial park, and this address does not identify a building or street name needed to expressly locate Defendant Zhixian.

11.      I also attempted to contact Defendant Zhixian via telephone at +86.13813948273, the contact telephone number Defendant Zhixian listed on the WHOIS registration for the website operating under the domain name chanel-sandals.com. Although this telephone number is valid, I placed several calls throughout the day, but each of my calls remained unanswered.

3

12.     I analyzed the physical address provided by Defendant Zhixian on the contact section of the WHOIS record for the domain name chaneltalk.com, "xueyuan road wenhai #132, putian, fujian 351100 China," and determined this address is not valid. Specifically, Xueyuan Road is divided into three sections – South, Middle, and North – and this address does not identify the particular section where Defendant Zhixian can be located. Moreover, "wenhai" is neither a building name nor section name on Xueyuan Road.

13.     I also attempted to contact Defendant Zhixian via telephone at 86.11413213, the contact telephone number Defendant Zhixian listed on the WHOIS registration for the website operating under the domain name chaneltalk.com. I determined this number is invalid because it does not provide the correct format for a landline or mobile phone number. Specifically, if the telephone number were to be interpreted as a landline, the phone number lacks a city code, which is needed to place a call in China. If the telephone number were to be interpreted as a mobile phone number, it does not provide the appropriate number of digits to be valid.  A valid, mobile number in China must be comprised of eleven digits, and this telephone number provides only eight.

14.     I analyzed the physical address provided by Defendant Zhixian on the contact section of the WHOIS record for the domain name okchanel.com, "#168 Zunyi Road, shanghai, shanghai 200000 China" and determined this address is not a valid address for service of process on Defendant Zhixian. A valid address on #168 Zunyi Road, Shanghai must include a room number, and this address lacks the corresponding information. Moreover, I inquired with the property management office and personally confirmed it has no record of Defendant Zhixian or any businesses operating under the Subject Domain Names residing or conducting business at this property.

4

15. I also attempted to contact Defendant Zhixian via telephone at 86.151865421587, the contact telephone number Defendant Zhixian listed on the WHOIS registration for the website operating under the domain name okchanel.com. This telephone number is not valid because it does not provide the correct format for a landline or mobile phone number. If the telephone number is to be interpreted as a landline, the number indicates the city code is either "151" or "1518." However, there are no such city codes in China. Additionally, if the telephone number is to be interpreted as a mobile number, the phone number provides too many digits, because a valid mobile number consists of eleven digits, and not twelve as provided in this phone number.

16. I also conducted searches of several public databases and directories available in China, including phone directories for Shanghai, Beijing City, Fujian Province, and Guangdong Province, China. However, I was unable to find a valid listing or physical address for service of process upon Defendant Zhixian associated with any of the domain names at issue in this lawsuit

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 20th day of April 2010, at Guangzhou, Guangdong, China.

FURTHER DECLARANT SAYETH NAUGHT.

HUANG YU TING

5