**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0:10-cv-60585-JIC

CHANEL, INC.,
a New York corporation,

        Plaintiff,

   v.

LIU ZHIXIAN
and DOES 1-10,

        Defendants.

_____/

### [PROPOSED] ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)

WHEREAS Plaintiff Chanel, Inc., ("Chanel") filed its *Ex Parte* Application for Order Authorizing Alternate Service of Process on Defendant Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Plaintiff's Application");

WHEREAS Plaintiff has shown good cause why leave should be granted allowing service of the Summons and Complaint in this matter upon Defendant Liu Zhixian ("Defendant") via electronic mail ("email"); and

The Court, having read and considered the pleadings, declarations, and exhibits on file in this matter and having reviewed such evidence as was presented in regards to Plaintiff's Application, hereby grants Plaintiff's Application and grants leave to Plaintiff to serve the Summons and Complaint, including all subsequent pleadings and discovery, upon Defendant Liu Zhixian by email at the email addresses nashliu@gmail.com, bravopurchase@gmail.com, and customerservice@payingsupport.com.

IT IS SO ORDERED.

DATED:_____　　　　　_____

　　　　　　　　　　　　　　　　　　JAMES I. COHN
　　　　　　　　　　　　　　　　　　United States District Judge