UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CLERK'S DEFAULT

Chanel, Inc.,　　　　　　　　　　　　　　CASE NO. 10-cv-60585-JIC

　　　Plaintiff(s),

v.

**Liu Xhixian**

　　　Defendant(s).
_____/

FILED by _____ D.C.
**May 27, 2010**
STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Liu Xhixian,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Liu Xhixian, as of course, on this date May 27, 2010.

**STEVEN M. LARIMORE**
CLERK OF COURT

By: _____/S/_____
　　L.Sandelin
　　Deputy Clerk

cc:　Hon. James I. Cohn
　　Counsel of Record