UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CV-60585-COHN/SELTZER

CHANEL, INC.,

      Plaintiff,

v.

LIU ZHIXIAN
and DOES 1-10,

      Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF
FINAL DEFAULT JUDGMENT AGAINST DEFENDANT**

      Plaintiff Chanel, Inc. ("Chanel"), by and through its undersigned counsel, hereby moves this Honorable Court for an entry of final default judgment against Defendant Liu Zhixian d/b/a the domain names identified on the attached Schedule "A" (collectively the "Subject Domain Names"). Plaintiff's Motion is made pursuant to Federal Rule of Civil Procedure 55(b) and in support of the Motion states as follows:

      1.      On May 27, 2010, the Clerk entered the default against Defendant. To date Defendant has not filed an Answer in this action.

      2.      Plaintiff is entitled to judgment against Defendant on all three claims pleaded in the Complaint, to wit: federal trademark counterfeiting and infringement, federal false designation of origin, and cyberpiracy. The grounds for Plaintiff's Motion are more fully provided in the supporting Memorandum of Points and Authorities and supporting Declarations filed together herewith.  This Motion is also based on the pleadings and papers in the Court's file, and any other matter that properly may be brought to the Court's attention at the time of or prior to hearing of this Motion.

3. Defendant is neither an infant nor incompetent.

4. Defendant is not in the military service, such that the Soldiers' and Sailors' Relief Act of 1940 does not apply.

WHEREFORE, PREMISES CONSIDERED, Chanel respectfully requests the Court:

(1) Enter Final Default Judgment finding Defendant liable on all Counts of the Complaint;

(2) Enter a permanent injunction against Defendant;

(3) Enter an Order requiring the Subject Domain Names be cancelled or at Plaintiff's option, transferred by Defendant, Registrars, and/or Registries, so the associated websites may no longer be used as a means of selling counterfeit and infringing goods using the Chanel Marks;

(4) Enter an Order that, upon Plaintff's request, the top level domain (TLD) Registry for the Subject Domain Names, within 30 days of receipt of this Order shall place the Subject Domain Names on Registry Hold status, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Name to the IP address where the associated website is hosted;

(5) Award Plaintiff $192,000.00 in statutory damages against Defendant, pursuant to 15 U.S.C. § 1117(c);

(6) Award Plaintiff $600,000.00 in statutory damages against Defendant, pursuant to 15 U.S.C. § 1117(d);

(7) Award Plaintiff costs in the amount of $650.00 against Defendant;

(8) Award Plaintiff pre-judgment interest on the judgment amount;

(9) Other and further relief as the Court may deem just and proper.

Dated: June 29, 2010					Respectfully submitted,


							STEPHEN M. GAFFIGAN, P.A.

							By: _____s:/smgaffigan/_____
							    Stephen M. Gaffigan (Fla. Bar No. 025844)
							    Virgilio Gigante (Fla. Bar No. 082635)
							    401 East Las Olas Blvd., #130-453
							    Ft. Lauderdale, Florida 33301
							    Telephone: (954) 767-4819
							    Facsimile: (954) 767-4821
							    E-mail: Stephen@smgpa.net
							    E-mail: Leo@smgpa.net

							Attorneys for Plaintiff Chanel, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day upon Liu Zhixian via electronic mail to the following electronic mail addresses: nashliu@gmail.com and bravopurchase@gmail.com; and via publication by posting a copy on the Internet website http://chanel-counterfeitenforcement.com/Zhixian/.


							__s:/smgaffigan/_____
							Stephen M. Gaffigan

3

## SCHEDULE "A"
## SUBJECT DOMAIN NAMES

brandshoesbar.com
chanel-belts.com
chanel-rings.com
chanel-sandals.com
chanel-scarf.com
chanel2u.com
chanel4u.com
chanelbikini.com
chanelswimwear.com
chaneltalk.com
okchanel.com
chanel-purses.com
chanelpumps.com